IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WAYNE MOORE                                                                      PLAINTIFF

VS.                          CASE NO. 3:04CV00279 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 24th day of August, 2005.


_____
UNITED STATES DISTRICT JUDGE